# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GONZALEZ GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>Defendant. | NO. CV 10-5184 FMO<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's Order Re: Further Proceedings, filed on March 11, 2011 ("Court's Order of March 11, 2011"), plaintiff's Motion for Summary Judgment ("Motion") was due on May 11, 2011.[1] It appears from the record that plaintiff's Motion has not been filed as required by the Court's Order of March 11, 2011.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **May 31, 2011,** plaintiff shall show cause, if any, why this action should not be dismissed for plaintiff's failure to prosecute this action and/or to comply with the Court's Order of March 11, 2011. **Plaintiff shall attempt to**

---

[1] Plaintiff's Motion was due within 30 days after the Answer and transcript of administrative proceedings were filed. (See Court's Order of March 11, 2011, at 2). The Answer and transcript were filed on April 8, 2011, and April 11, 2011, respectively. The court will give plaintiff the benefit of the later date.

**show such cause in writing by filing a declaration signed under penalty of perjury. In particular, plaintiff's declaration must address why the Motion has not been filed, even though it was due 6 days ago. Failure to timely file such a declaration or to show cause as ordered will result in dismissal of this action for failure to prosecute and/or to comply with a court order.**

**Filing of the Motion shall be a satisfactory response to the Order to Show Cause. However, absent exceptional circumstances, no extensions will be granted for the filing of the Motion**.

Dated this 17th day of May, 2011.

                                                /s/
                                  Fernando M. Olguin
                            United States Magistrate Judge