# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD GONZALEZ GARCIA, | ) | NO. CV 10-5184 FMO |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 8th day of June, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge